Risa S. Christensen, Esq., CA Bar No. 227799            JS 6
Dennis E. Wagner, Esq., CA Bar No. 99190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone:  (951) 686-4800
dew@wagner-pelayes.com

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO; DEPUTY SNYDER; and STEVE SPEAR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VAUGHAN and RACHEL DUNKINS,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SAN BERNARDINO, TOYLING SNYDER, STEVE SPEAR and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.:<br>ED CV 12-01432 DSF (SPx)<br><br>**ORDER GRANTING STIPULATED DISMISSAL PURSUANT TO FED.R.CIV.P. RULE 41 (a)(1)**<br><br>*Honorable Dale S. Fischer* |

/ /

/ /

/ /

ORDER GRANTING STIPULATED DISMISSAL PURSUANT TO FED.R.CIV.P. RULE 41 (a)(1)

| | |
|---|---|
| 1 | Having reviewed the parties' stipulation and for good cause . . . |
| 2 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant |
| 3 | to Fed.R.Civ.P.Rule 41(a)(1), this case is dismissed with prejudice, with the parties |
| 4 | to bear their own attorney's fees and costs. |
| 5 | |
| 6 | |
| 7 | DATED: 4/20/17 |

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED DISMISSAL PURSUANT TO FED.R.CIV.P. RULE 41 (a)(1)